# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RICHARD THOMPSON, TRUSTEE OF THOMSPON FAMILY TRUST<br>V.<br>RONALD FAJERSTEIN; FAJERSTEIN DIAMOND IMPORTERS AND CUTTERS, INC; ANTWERP DIAMOND IMPORTERS AND CUTTERS, INC. | FILED: JUNE 4, 2008<br>08CV 3240   NF<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARD THOMPSON, TRUSTEE OF THE THOMPSON FAMILY TRUST

| | |
|---|---|
| **NAME** (Type or print)<br>JAY WILLIAMS | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ JAY WILLIAMS | |
| **FIRM**<br>SCHIFF HARDIN LLP | |
| **STREET ADDRESS**<br>6600 SEARS TOWER | |
| **CITY/STATE/ZIP**<br>CHICAGO, IL 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>06195934 | **TELEPHONE NUMBER**<br>312-258-5500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |