IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD THOMPSON, Trustee of )<br>The Thompson Family Trust )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD FAJERSTEIN, )<br>FAJERSTEIN DIAMOND IMPORTERS )<br>& CUTTERS, INC., and ANTWERP )<br>DIAMOND IMPORTERS & )<br>CUTTERS, INC. )<br>)<br>Defendants. ) | Case No.<br><br>Jury Trial Demanded<br>FILED:   JUNE 4 , 2008<br>08CV 3240        NF<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE MASON |

**PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Plaintiff Richard Thompson, Trustee of the Thompson Family Trust, by his attorneys, respectfully submits this notification of affiliates pursuant to Rule 3.2 of the Northern District of Illinois Local Rules:

The Thompson Family Trust does not have any publicly held affiliates.


June 4, 2008                                                                Respectfully submitted,


                                                                                    /s/    *Jay Williams*

                                                                                Jay Williams
                                                                                Lindsey L. Evans
                                                                                SCHIFF HARDIN LLP
                                                                                6600 Sears Tower
                                                                                Chicago, IL 60626
                                                                                312-258-5500

                                                                                Attorneys for Plaintiff