## United States District Court for the Northern District of Illinois

Case Number: 08CV3240          Assigned/Issued By: DAJ

Judge Name: KOCORAS          Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 2832135

Date Payment Rec'd: 06/04/08          Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__3__ Original and __0__ copies on __06/04/08__ as to __DEF'S._____
                                      (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05