**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NO. **08CV3240**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jacquelyne Harper**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1.    (   ) By leaving a copy with the named party, ------- personally on -------.

2.    (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( X ) On the within party, **Fajerstein Diamond Importers & Cutters, Inc.** by leaving a copy with **Ronald Fajerstein, Authorized Person**, on **June 9, 2008**, and informed that person of the contents thereof.

4.    ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**            RACE: **Caucasian**            APPROXIMATE AGE: **50-60**

5.    ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **67 E. Madison St., Suite 1730, Chicago, IL 60603**
TIME OF DAY: **3:00 PM**

6.    (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **9th** day of **June 2008**.

Jacquelyne Harper
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Richard Thompson, Trustee of The Thompson Family Trust

CASE NUMBER: 08CV 3240

V.

ASSIGNED JUDGE: JUDGE KOCORAS

Ronald Fajerstein, Fajerstein Diamond Importers & Cutters, Inc., and Antwerp Diamond Importers & Cutters, Inc.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Fajerstein Diamond Importers & Cutters, Inc.
67 E. Madison St.
Suite 1730
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Williams, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Hirley*
---------------------------------
(By) DEPUTY CLERK

**June 4, 2008**
---------------------------------
Date