UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV3240
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Felicia Conroy**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( X ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

1.    (   ) By leaving a copy with the named party, ------- personally on -------.

2.    ( X ) On the within named party, **Ronald Fajerstein**, by leaving a copy with **Kylah Fajerstein, Wife**, who states that they are a member of the household on **June 5, 2008**, and informed that person of the contents thereof, and that further she mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on **06/06/2008**.

3.    (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.    ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **30**

5.    ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1300 W. Monroe, Chicago, IL 60607**
TIME OF DAY: **6:30 PM**

6.    (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **6**th day of **June 2008**.

_____
Felicia Conroy
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
HEIDI KOLING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/02/10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Richard Thompson, Trustee of The Thompson
Family Trust

CASE NUMBER: 08CV 3240

V.

ASSIGNED JUDGE: JUDGE KOCORAS

Ronald Fajerstein, Fajerstein Diamond Importers
& Cutters, Inc., and Antwerp Diamond
Importers & Cutters, Inc.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Ronald Fajerstein
67 E. Madison St., Suite 1730
Chicago, IL 60603
(Work)

1300 W. Monroe
Chicago, IL 60607
(Home)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Williams, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_Nadine Hirley_
(By) DEPUTY CLERK

June 4, 2008
Date