IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD THOMPSON, Trustee<br>of The Thompson Family Trust | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | No.   08 CV 3240 |
| RONALD FAJERSTEIN,<br>FAJERSTEIN DIAMOND IMPORTERS<br>& CUTTERS, INC., and ANTWERP<br>DIAMOND IMPORTERS &<br>CUTTERS, INC., | )<br>)<br>)<br>)<br>) | Judge Kocoras<br><br>Magistrate Judge Mason |
| Defendants. | )<br>) | |

**DEFENDANTS' AGREED MOTION TO EXTEND
THETIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, RONALD FAJERSTEIN, FAJERSTEIN DIAMOND IMPORTERS & CUTTERS, INC. and ANTWERP DIAMOND IMPORTERS & CUTTERS, INC., by and through their attorney, Philip J. Nathanson of THE NATHANSON LAW FIRM, moves this Honorable Court for an order extending the time to answer or otherwise plead by twenty one days.  In support of their motion, defendants state as follows:

1. On June 4, 2008, plaintiff's complaint was filed.  All defendants have been served.

2. The first responsive pleading of the first defendant served is due on June 25, 2008.

3. Defendants have retained Philip J. Nathanson of THE NATHANSON LAW FIRM to defend them in this action.  Said attorney was required by court order of the Illinois Appellate Court to file a Reply Brief on June 24, 2008, in the appeal entitled *Kashief Weathers v. University of Chicago Hospital*, First District Appellate No. 06-1726.  Accordingly, counsel needs additional time to prepare and review this matter and to file responsive pleadings.

2

3. Counsel for defendants and counsel for plaintiff have spoken regarding an extension of time, and plaintiff's counsel, Mr. Jay Williams, informed Mr. Nathanson that he does not object to an extension of time to answer or otherwise plead, up to and including, July 16, 2008.

WHEREFORE, Defendants, RONALD FAJERSTEIN, FAJERSTEIN DIAMOND IMPORTERS & CUTTERS, INC., and ANTWERP DIAMOND IMPORTERS & CUTTERS, INC., respectfully requests this Honorable Court to grant an extension of time to answer or otherwise plead, up to and including, July 16, 2008.

RONALD FAJERSTEIN, *et. al.*,

By:  /s/ Philip J. Nathanson
Philip J. Nathanson

Philip J. Nathanson
THE NATHANSON LAW FIRM
120 North LaSalle Street - Suite 1000
Chicago, IL  60602
(312) 782-3322
philipj@nathansonlawfirm.com