IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD THOMPSON, Trustee    )
of The Thompson Family Trust    )
    )
        Plaintiff,    )
    )
vs.    )    No.   08 CV 3240
    )
RONALD FAJERSTEIN,    )    Judge Kocoras
FAJERSTEIN DIAMOND IMPORTERS    )
& CUTTERS, INC., and ANTWERP    )    Magistrate Judge Mason
DIAMOND IMPORTERS &    )
CUTTERS, INC.,    )
    )
        Defendants.    )

## NOTICE OF MOTION

TO:    Jay Williams
    Lindsey L. Evans
    SCHIFF HARDIN LLP
    6600 Sears Tower
    233 South Wacker Drive
    Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on July 2, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Charles P. Kocoras, or any Judge sitting in his stead, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, Room 1725 and then and there present, DEFENDANTS' AGREED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which motion is attached and hereby served upon you.


                _____/s/  Philip J. Nathanson
                Philip J. Nathanson


Philip J. Nathanson
THE NATHANSON LAW FIRM
120 N. LaSalle Street – Suite 1000
Chicago, IL   60602
(312) 782-3322
(312) 782-4518  (FAX)
**philipj@nathansonlawfirm.com**

## <u>CERTIFICATE OF SERVICE</u>

I, Philip J. Nathanson, an attorney, certify that I caused a copy of this Notice and Motion to be served upon the above named parties, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on June 25, 2008.

> _____/s/  Philip J. Nathanson
> Philip J. Nathanson