IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD THOMPSON, Trustee of The Thompson Family Trust | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   08 CV 3240 |
| RONALD FAJERSTEIN, FAJERSTEIN DIAMOND IMPORTERS & CUTTERS, INC., and ANTWERP DIAMOND IMPORTERS & CUTTERS, INC., | ) ) ) ) ) ) | Judge Kocoras

Magistrate Judge Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Jay Williams
       Lindsey L. Evans
       SCHIFF HARDIN LLP
       6600 Sears Tower
       233 South Wacker Drive
       Chicago, Illinois 60606

   PLEASE TAKE NOTICE that on July 24, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Charles P. Kocoras, or any Judge sitting in his stead, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, Room 1725, and then and there present, DEFENDANTS' RULE 12 MOTION TO DISMISS, a copy of which motion is attached and hereby served upon you.

                                        /s/  Philip J. Nathanson
                                        Philip J. Nathanson

Philip J. Nathanson
THE NATHANSON LAW FIRM
120 N. LaSalle Street – Suite 1000
Chicago, IL   60602
(312) 782-3322
(312) 782-4518  (FAX)
**philipj@nathansonlawfirm.com**

## **CERTIFICATE OF SERVICE**

      I, Philip J. Nathanson, an attorney, certify that I caused a copy of this Notice and Motion to be served upon the above named parties, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on July 16, 2008.

                                                /s/  Philip J. Nathanson
                                            Philip J. Nathanson