## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Richard Thompson
                    Plaintiff,

v.                                              Case No.: 1:08−cv−03240
                                                Honorable Charles P. Kocoras

Ronald Fajerstein, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

   MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 7/24/2008. Answer to defendants' motion [16] to dismiss is due 8/14/2008. Reply is due 8/21/2008. Ruling set for 9/18/2008 at 9:30 a.m. Status hearing set for 8/13/2008 is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.