IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD THOMPSON, Trustee ) | | |
| of The Thompson Family Trust ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | No.   08 CV 3240 | |
| ) | | |
| RONALD FAJERSTEIN, ) | Judge Kocoras | |
| FAJERSTEIN DIAMOND IMPORTERS ) | | |
| & CUTTERS, INC., and ANTWERP ) | Magistrate Judge Mason | |
| DIAMOND IMPORTERS & ) | | |
| CUTTERS, INC., ) | | |
| ) | | |
| Defendants. ) | | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE, *INSTANTER*, DEFENDANTS' REPLY IN SUPPORT OF THEIR RULE 12 MOTION TO DISMISS**

Defendants, RONALD FAJERSTEIN, FAJERSTEIN DIAMOND IMPORTERS & CUTTERS, INC. and ANTWERP DIAMOND IMPORTERS & CUTTERS, INC., by and through their attorney, Philip J. Nathanson of THE NATHANSON LAW FIRM, move this Honorable Court for leave to file, *instanter*, Defendants' Reply in Support of Their Rule 12 Motion to Dismiss.  In support of their motion, defendants state as follows:

1.   Defendants presented to this Court, on July 24, 2008, the Defendants' Rule 12 Motion to Dismiss.  On that date, this Court set a briefing schedule, providing for plaintiff's Response to be filed on August 14, 2008, and for Defendants' Reply to be filed by August 21, 2008.

2.   Counsel for Defendants' filed Defendants' Reply In Support of Their Rule 12 Motion to Dismiss at 12:05 a.m. on August 22, 2008 (Document 20), **six minutes** after the

deadline for filing on August 21st, the due date for the Reply Brief (See attached confirmation of filing email).  Thus, defendants' reply bears the filing date of August 22, 2008.

     3.   Defendants' counsel had to make some last minute edits that put the filing time a few minutes past the filing deadline.

WHEREFORE, Defendants, RONALD FAJERSTEIN, FAJERSTEIN DIAMOND IMPORTERS & CUTTERS, INC., and ANTWERP DIAMOND IMPORTERS & CUTTERS, INC., respectfully request this Court to grant defendants' leave to file, *instanter*, Defendants' Reply in Support of Their Rule 12 Motion to Dismiss.

                                              RONALD FAJERSTEIN, *et. al.*,

                             By:     /s/ Philip J. Nathanson
                                          Philip J. Nathanson

Philip J. Nathanson
THE NATHANSON LAW FIRM
120 North LaSalle Street - Suite 1000
Chicago, IL  60602
(312) 782-3322
philipj@nathansonlawfirm.com

| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| To: | ecfmail_ilnd@ilnd.uscourts.gov |
| Subject: | Activity in Case 1:08-cv-03240 Thompson v. Fajerstein et al reply to response to motion |
| Date: | Friday, August 22, 2008 12:06:41 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1

### Notice of Electronic Filing

The following transaction was entered by Nathanson, Philip on 8/22/2008 at 0:05 AM CDT and filed on 8/22/2008

**Case Name:**        Thompson v. Fajerstein et al
**Case Number:**      1:08-cv-3240
**Filer:**            Ronald Fajerstein
                      Fajerstein Diamond Importers & Cutters, Inc.
                      Antwerp Diamond Importers & Cutters, Inc.
**Document Number:** 20

### Docket Text:
**REPLY by Ronald Fajerstein, Fajerstein Diamond Importers & Cutters, Inc., Antwerp Diamond Importers & Cutters, Inc. to response in opposition to motion, [19]** *to dismiss filed by defendants.* **(Nathanson, Philip)**


**1:08-cv-3240 Notice has been electronically mailed to:**

Lindsey L Evans    levans@schiffhardin.com, e-docket@schiffhardin.com

Philip Jeffrey Nathanson    philipj@nathansonlawfirm.com

Jay Williams    jwilliams@schiffhardin.com, edocket@schiffhardin.com

**1:08-cv-3240 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/22/2008] [FileNumber=5141026-0
] [2b712c69352623e444062bd1db593c3b2d4f58f6c335c5cabefee34e4a5ac7d44ce
266343a8634b64545f170b173a28933aaa6a30672fe78b7939367c7218670]]