IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD THOMPSON, Trustee<br>of The Thompson Family Trust | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | No.   08 CV 3240 |
| RONALD FAJERSTEIN,<br>FAJERSTEIN DIAMOND IMPORTERS<br>& CUTTERS, INC., and ANTWERP<br>DIAMOND IMPORTERS &<br>CUTTERS, INC., | )<br>)<br>)<br>)<br>) | Judge Kocoras<br><br>Magistrate Judge Mason |
| Defendants. | )<br>) | |

## NOTICE OF MOTION

TO:   Jay Williams
      Lindsey L. Evans
      SCHIFF HARDIN LLP
      6600 Sears Tower
      233 South Wacker Drive
      Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on August 27, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Charles P. Kocoras, or any Judge sitting in his stead, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, Room 1725 and then and there present, DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF, *instanter*, a copy of which motion is attached and hereby served upon you.

                                            /s/  Philip J. Nathanson
                                          Philip J. Nathanson

Philip J. Nathanson
THE NATHANSON LAW FIRM
120 N. LaSalle Street – Suite 1000
Chicago, IL   60602
(312) 782-3322
(312) 782-4518  (FAX)
**philipj@nathansonlawfirm.com**

2

**CERTIFICATE OF SERVICE**

     I, Philip J. Nathanson, an attorney, certify that I caused a copy of this Notice and Motion to be served upon the above named parties, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on August 22, 2008.

                                             /s/ Philip J. Nathanson
                                             Philip J. Nathanson