**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Richard Thompson
                           Plaintiff,

v.                                                 Case No.: 1:08−cv−03240
                                                 Honorable Charles P. Kocoras

Ronald Fajerstein, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Defendants' motion [21] for leave to file, instanter, Defendants' Reply in Support of Their Rule 12 Motion to Dismiss, is granted. Hearing on said motion, set for 8/27/2008, is stricken. Ruling set for 9/18/2008 at 9:30 a.m. presently to stand.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.